

# NUMBER 13-19-00548-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEROY RAMIREZ,                                                    **Appellant,**

**v.**

BANK OF AMERICA, N.A.; SETERUS,
INC.; AND FEDERAL NATIONAL
MORTGAGE ASSOCIATION,                                   **Appellees.**

### On appeal from the 156th District Court
### of Bee County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

Appellant, Leroy Ramirez, filed a notice of appeal from a judgment entered by the

156th District Court of Bee County on July 26, 2019.  Appellant has filed a docketing

statement which indicates that a bankruptcy petition was filed September 25, 2013, in the

United States Bankruptcy Court for the Western District of Texas and the filing for protection of bankruptcy might affect this appeal.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
21st day of November, 2019.